| | |
|---|---|
| 1 | BRUCE A. SCHEIDT, State Bar No. 155088 |
| 2 | LAURA IZON POWELL, State Bar No. 184340 |
|   | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
|   | A Professional Corporation |
| 3 | 400 Capitol Mall, 27th Floor |
|   | Sacramento, CA  95814-4416 |
| 4 | Telephone: (916) 321-4500 |
|   | Facsimile: (916) 321-4555 |
| 5 | |
| 6 | Attorneys for Defendant DOLLAR TREE STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JESUS HERNANDEZ VILLANUEVA, | CASE NO.  C 06-01673 JCS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE (as to Defendant DOLLAR TREE STORES, INC. only); ORDER OF DISMISSAL |
| DOLLAR TREE STORES, INC.; FILTRATION GROUP, INCORPORATED, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that Defendant DOLLAR TREE STORES, INC. shall be and hereby is dismissed with prejudice.

Dated: June 6 , 2006

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By _____
Bruce A. Scheidt,
Attorneys for Defendant DOLLAR TREE STORES, INC.

830295.1

-1-

STIPULATION OF DISMISSAL

Dated: 5-26- , 2006

KNEISLER SCHONDEL & HUBBS

By _____
Robert C. Hubbs,
Attorneys for Plaintiff JESUS HERNANDEZ VILLANUEVA

Dated: _____, 2006

SEYFARTH SHAW LLP

By _____
Carolyn A. Knox,
Attorneys for Defendant FILTRATION GROUP INCORPORATED

**ORDER**

IT IS HEREBY ORDERED that Defendant DOLLAR TREE STORES, INC. shall be and hereby is dismissed with prejudice.

Dated: June 8, 2006

_____
JUDGE, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

830295.1

-2-

STIPULATION OF DISMISSAL