1    KNEISLER, SCHONDEL & HUBBS
    Robert C. Hubbs (SBN 145641); rchesq@injuredworkerlaw.com
2    538 Mendocino Avenue
    P.O. Box 5767
3    Santa Rosa, California 95402-5767
    Telephone: (707) 542-5132
4    Facsimile:   (707) 547-2212

5    Attorneys for Plaintiffs
    JESUS HERNANDEZ VILLANUEVA
6

7    SEYFARTH SHAW LLP
    Carolyn A. Knox (SBN 181317); cknox@seyfarth.com
8    Cassandra H. Carroll (SBN 209123); ccarroll@seyfarth.com
    Allison B. Moser (SBN 223065); amoser@seyfarth.com
9    560 Mission Street, Suite 3100
    San Francisco, California 94105
10   Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
11
    Attorneys for Defendants
12   FILTRATION GROUP, INC.

13                UNITED STATES DISTRICT COURT

14         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15   JESUS HERNANDEZ VILLANUEVA | Case No. C 06-01673 CRB |
| 16           Plaintiffs, | **STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE TO FINALIZE SETTLEMENT AND [PROPOSED] ORDER** |
| 17          v. | |
| 18   DOLLAR TREE STORES, INC.; FILTRATION GROUP, INCORPORATED | |
| 19 | CMC Date: June 30, 2006 |
| 20         Defendants. | Time:        8:30 a.m.<br>Judge:      Charles R. Breyer<br>Courtroom: 8, 19th Floor |
| 21 | |

22

23       A Case Management Conference is currently scheduled for June 30, 2006.  The Joint

24   Case Management Conference Statement must be filed on or before June 23, 2006.  Plaintiff

25   Jesus Hernandez Villanueva ("Plaintiff") and Defendant Filtration Group, Incorporated

26   ("Filtration Group") seek to postpone both the filing of the Joint Case Management Conference

27   Statement and the Case Management Conference until July 28, 2006 because they are currently

28

1

1  in the process of finalizing settlement of this litigation.  Postponement of the Case Management

2  Conference is appropriate here because the parties have agreed to settlement in principal and

3  believe settlement can be finalized prior to or just after June 30, 2006.  In addition, the

4  postponement will help to clear the court's docket for that date, thereby reserving judicial

5  resources.  The parties believe and seek the court's approval, by execution of the [Proposed]

6  order below, that their time and resources are best spent finalizing settlement and dismissal of the

7  case.

8  DATED:  June 19, 2006                                        KNEISLER, SCHONDEL & HUBBS

9

10                                                             By _____

11                                                                   Robert C. Hubbs
                                                               Attorneys for Plaintiff
                                                               JESUS HERNANDEZ VILLANUEVA
12

13  DATED:  June 19, 2006                                      SEYFARTH SHAW LLP

14

15                                                             By _____
                                                                   Carolyn A. Knox
                                                               Cassandra H. Carroll
16                                                             Allison B. Moser
                                                               Attorneys for Defendants
17                                                             FILTRATION GROUP INCORPORATED

18                          **[PROPOSED] ORDER**

19          **IT IS SO ORDERED THAT,** due to good cause shown, the Case Management

20  Conference in this matter is postponed until July 28, 2006.  In the interim, the parties will

21  continue their efforts to finalize settlement of this litigation.

22

23  DATED:   June 20, 2006

24

25                                                             IT IS SO ORDERED

26                                                             Judge Charles R. Breyer

27

28                                        2