| | |
|---|---|
| 1 | KNEISLER, SCHONDEL & HUBBS |
|   | Robert C. Hubbs (SBN 145641); rchesq@injuredworkerlaw.com |
| 2 | 538 Mendocino Avenue |
|   | P.O. Box 5767 |
| 3 | Santa Rosa, California 95402-5767 |
|   | Telephone: (707) 542-5132 |
| 4 | Facsimile:  (707) 547-2212 |
| 5 | Attorneys for Plaintiffs |
|   | JESUS HERNANDEZ VILLANUEVA |
| 6 | |
| 7 | SEYFARTH SHAW LLP |
|   | Carolyn A. Knox (SBN 181317); cknox@seyfarth.com |
| 8 | Cassandra H. Carroll (SBN 209123); ccarroll@seyfarth.com |
|   | Allison B. Moser (SBN 223065); amoser@seyfarth.com |
| 9 | 560 Mission Street, Suite 3100 |
|   | San Francisco, California 94105 |
| 10 | Telephone: (415) 397-2823 |
|   | Facsimile: (415) 397-8549 |
| 11 | |
|   | Attorneys for Defendants |
| 12 | FILTRATION GROUP, INCORPORATED |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS HERNANDEZ VILLANUEVA | ) | Case No. C 06-01673 CRB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **STIPULATION OF DISMISSAL WITH** |
| v. | ) | **PREJUDICE AND [PROPOSED]** |
| | ) | **ORDER, PURSUANT TO FED.R.CIV.P.** |
| DOLLAR TREE STORES, INC.; | ) | **41(a)** |
| FILTRATION GROUP, INCORPORATED | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Jesus Hernandez Villanueva ("Plaintiff") and Defendant Filtration Group, Incorporated ("Filtration Group") have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

1

Stipulation of Dismissal With Prejudice and [Proposed] Order – Case No. C 06-01673 CRB

1  The Court previously approved dismissal of defendant DOLLAR TREE STORES, INC.,
2  by order of dismissal signed and entered on June 8, 2006. The filing of the instant stipulation of
3  dismissal with prejudice resolves all remaining issues in this matter.
4  The parties seek the Court's approval of dismissal of this action with prejudice through
5  the order listed *infra*.

6  DATED: June 23, 2006                    KNEISLER, SCHONDEL & HUBBS

9  BY _____
10  Robert C. Hubbs
    Attorneys for Plaintiff
    JESUS HERNANDEZ VILLANUEVA

12  DATED: ~~June~~ July 5, 2006           Seyfarth Shaw LLP

14  By _____
15  Carolyn A. Knox
    Cassandra H. Carroll
16  Allison B. Moser
    Attorneys for Defendants
17  FILTRATION GROUP INCORPORATED

18  **ORDER DISMISSING CASE WITH PREJUDICE**

19  **IT IS SO ORDERED** that this case has been dismissed in its entirety, and this file shall
20  be closed in this court.

21  DATED: July 7, 2006                    _____

*IT IS SO ORDERED*
Judge Charles R. Breyer
United States District Court, Northern District of California

---

2
Stipulation of Dismissal With Prejudice and [Proposed] Order – Case No. C 06-01673 CRB

SF1 28240874.1